# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| 6344 LEGEND FALLS TRUST,<br>    Plaintiff(s),<br>v.<br>NATIONAL DEFAULT SERVICING CORPORATION, et al.,<br>    Defendant(s). | Case No.: 2:22-cv-01023-GMN-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than September 2, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: August 26, 2022

_____
Nancy J. Koppe
United States Magistrate Judge