**TIFFANY & BOSCO, P.A.**
Krista J. Nielson, Esq.
Nevada Bar No. 10698
10100 W. Charleston Boulevard, Suite 220
Las Vegas, Nevada 89135
Telephone: 702 258-8200
Fax: 702 258-8787
*Attorneys for Specialized Loan Servicing LLC*

TB #22-72748

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 6344 LEGEND FALLS TRUST, a Nevada trust,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; SPECIALIZED LOAN SERVICING LLC, a Delaware limited liability company; NEVADA LEGAL NEWS, LLC, a Nevada limited liability company; DOES I through X and ROE BUSINESS ENTITIES I through X inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01023-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES RE:**<br><br>**SPECIALIZED LOAN SERVICING, LLC'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 49)**<br><br>**6344 LEGEND FALLS TRUST'S MOTION FOR SUMMARY JUDGMENT (ECF NO.51)**<br><br>**(FIRST REQUEST)** |

Plaintiff, 6344 Legend Falls Trust (hereinafter "Legend" or "Plaintiff") and Defendants, Specialized Loan Servicing, LLC ("SLS") and National Default Servicing Corporation ("NDSC"), by and through their counsel of record, hereby stipulate and agree as follows:

IT IS STIPULATED AND AGREED that, due to scheduling conflicts of SLS and Plaintiff, Plaintiff, Legend shall have additional time, up to and including June 7, 2023, to file its Response to SLS' Motion for Summary Judgment (ECF No. 49). The current deadline for Plaintiff's Response to SLS' Motion for Summary Judgment is May 24, 2023.

/./.

1  IT IS FURTHER STIPULATED AND AGREED that Defendant, SLS sand NDSC shall
2  have additional time, up to and including June 7, 2023, to file their Response to Plaintiff's Motion
3  for Summary Judgment (ECF No. 51). The current deadline for the Response to Plaintiff's
4  Motion for Summary Judgment is May 24, 2023.

5  IT IS FURTHER STIPULATED AND AGREED that SLS and NDSC shall have through
6  June 28, 2023, to file their reply briefs in response to any opposition/response brief filed by
7  Plaintiff.

DATED this 23rd day of May, 2023                    DATED this 23rd day of May, 2023

TIFFANY & BOSCO, P.A.                               HONG & HONG LAW OFFICE

 /s/ Krista J. Nielson, Esq.                         /s/ Joseph Y. Hong, Esq.
Krista J. Nielson, Esq.                             Joseph Y. Hong, Esq.
Nevada State Bar No. 10698                          Nevada Bar No: 5995
10100 W. Charleston Blvd., Suite 220                1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135                                 Las Vegas, NV 89135
*Attorneys for Defendant Specialized Loan*          *Attorneys for 6344 Legend Falls Trust*
*Servicing LLC*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Case No.: 2:22-cv-01023-GMN-NJK

DATED: May 22, 2023